# EXHIBIT D

**From:**            Ciccone, Jennifer <jennifer.ciccone@mahoningcountyoh.gov>
**Sent:**            Monday, February 24, 2025 2:34 PM
**To:**               'jgreiner@ficlaw.com'
**Cc:**               Ciccone, Michael
**Subject:**       [EXTERNAL] Courthouse News Service

Greetings Jack-

I hope this email finds you well.

I am the new Chief Deputy and Chief of Staff for Mahoning County Clerk of Courts.  I will be your new point of contact for the office going forward.

I am happy to report that our office is in the process of updating our e-filing and case management system, which will enhance the accessibility of our records, ensuring they are readily available to the public for review and inspection, in accordance with Ohio public records laws and other applicable statutes that govern confidential and protected information.

If you would like an email once the new software is launched, I would be happy to advise you at that time.

Thank you for reaching out.

Best,
JJC



*Jennifer J. Ciccone*
Chief Deputy Clerk & Chief of Staff
Mahoning County Clerk of Courts
120 Market Street, 2nd Floor
Youngstown, Ohio 44503
Telephone: 330-740-2104
Facsimile: 330-740-2105
Email: jennifer.ciccone@mahoningcountyoh.gov

1