IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (YOUNGSTOWN)

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | : | CASE NO. 4:25-cv-00590-PAB |
| Plaintiff, | : | (Judge Pamela A. Barker) |
| v. | : | |
| MICHAEL P. CICCONE, in his official capacity as Clerk of the Mahoning County Court of Common Pleas, | : : | **NOTICE OF UNRETURNED WAIVER OF THE SERVICE OF SUMMONS** |
| Defendant. | : | |

_____

Pursuant to Local Rule 4.2(a), Plaintiff Courthouse News Service ("Plaintiff") has attempted to request a waiver of the service of summons from Defendant Michale P. Ciccone, in his official capacity as Clerk of the Mahoning County Court of Common Pleas ("Defendant")

On March 25, 2025, Plaintiff sent a Notice of Lawsuit and Request to Waive Service of Summons to Defendant via certified mail.  The mailing was delivered on March 28, 2025.  See Exhibit A.  To date, Plaintiff has not received the signed Waiver of the Service of Summons from Defendant.

Plaintiff is requesting certified mail service by the Clerk and has sent a mailing to the Office of the Clerk pursuant to Local Rule 4.2(a) via Federal Express.

Respectfully submitted,


/s/ John C. Greiner
John C. Greiner (0005551)
Griffin R. Reyelts (0102240)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0315
Fax:  (513) 632-0319
Email:  jgreiner@ficlaw.com
            greyelts@ficlaw.com

*Attorneys for Plaintiff Courthouse News Service*

## CERTIFICATE OF SERVICE

  I certify that on the 23rd day of April, 2025, I electronically filed the foregoing Notice of Unreturned Waiver of the Service of Summons with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

 Michael P. Ciccone
 Mahoning County Clerk of Courts
 120 Market Street
 Youngstown, OH  44503

 *Defendant*

              /s/ John C. Greiner
              John C. Greiner

4933-7314-2841.1