IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (YOUNGSTOWN)

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | : | CASE NO. 4:25-cv-00590-PAB |
| Plaintiff, | : | (Judge Pamela A. Barker) |
| v. | : | |
| MICHAEL P. CICCONE, in his official capacity as Clerk of the Mahoning County Court of Common Pleas, | : : : | **REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND LR 16.3(b)(3)** |
| Defendant. | : | |

_____

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b)(3), a meeting was held on June 6, 2025, and was attended by:

<u>Griffin Reyelts           </u> counsel for plaintiff(s) Courthouse News Service

<u>Amily Imbrogno           </u> counsel for defendant(s) Michael P. Ciccone

2. The parties:

_____ have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order;

__X__ will exchange such disclosures by June 20, 2025;

_____ have not been required to make initial disclosures.

3. The parties recommend the following track:

__X__ Expedited          _____ Standard          _____ Complex

_____ Administrative     _____ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

\_\_\_\_\_Early Neutral Evaluation     \_\_\_\_\_Mediation     \_\_\_\_\_Arbitration

\_\_\_\_\_Summary Jury Trial     \_\_\_\_\_Summary Bench Trial

\_X\_ Case not suitable for ADR

5. The parties do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Electronically Stored Information. The Parties: **(indicate one):**

\_\_\_\_\_ agree that there will be no discovery of electronically-stored information; or

\_\_\_\_\_ have agreed to a method for conducting discovery of electronically-stored information;

or

\_X\_ have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to Northern District of Ohio Local Rules).

7. Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery. The process by which the Defendant makes newly filed civil complaints available to the public. Information regarding how and when other courts make complaints available to the public.

(b) Discovery cut-off date: November 7, 2025

    8. Recommended dispositive motion date: February 6, 2026

    9. The parties do not anticipate the need for experts in this matter.

    10. Recommended cut-off date for amending the pleadings and/or adding additional parties: July 11, 2025

    11. Recommended date for Status Hearing: November 20, 2025

    12. Recommended date for Settlement Conference: _____

    13. Other matters for the attention of the Court: _____

_____

_____

_____

Respectfully submitted,

| | |
|---|---|
| /s/ Amily A. Imbrogno (per 6/18/25 email authorization) | /s/ Griffin R. Reyelts |
| David M. Smith (0079400) | John C. Greiner (0005551) |
| Amily A. Imbrogno (0092434) | Griffin R. Reyelts (0102240) |
| 28601 Chagrin Blvd., Suite 600 | FARUKI PLL |
| Cleveland, OH 44122 | 201 East Fifth Street, Suite 1420 |
| Telephone: (216) 831-0042 | Cincinnati, OH 45202 |
| Fax: (216) 831-0542 | Telephone: (513) 632-0315 |
| Email: dsmith@meyersroman.com | Fax: (513) 632-0319 |
|     aimbrogno@meyersroman.com | Email: jgreiner@ficlaw.com |
| |     greyelts@ficlaw.com |
| *Counsel for Defendant* | *Counsel for Plaintiff Courthouse News Service* |

## CERTIFICATE OF SERVICE

I certify that on the 20th day of June, 2025, I electronically filed the foregoing Report of Parties' Planning Meeting Under Fed. R. Civ. P. 26(f) and LR 16.3(b)(3) with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

David M. Smith, Esq.
Amily A. Imbrogno, Esq.
MEYERS ROMAN FRIEDBERG & LEWIS
28601 Chagrin Blvd., Suite 600
Cleveland, OH  44122
dsmith@meyersroman.com
aimbrogno@meyersroman.com

*Counsel for Defendant*

/s/ Griffin R. Reyelts
Griffin R. Reyelts

4923-8744-7371.2