IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE,** | Case No. 4:25-CV-00590 |
| **Plaintiff,** | |
| -vs- | |
| | **JUDGE PAMELA A. BARKER** |
| **MICHAEL P. CICCONE, in his official capacity as Clerk of the Mahoning County Court of Common Pleas,** | **CASE MANAGEMENT CONFERENCE ORDER** |
| **Defendant.** | |

A Case Management Conference ("CMC") was held in this matter on **July 1, 2025.** The parties and counsel of record agreed to the following, and **IT IS ORDERED** that:

1. This case is assigned to the **Expedited** track.

2. This case was referred to Alternative Dispute Resolution ("ADR"):

    Yes_____   No ____X____   Decision delayed _____

    If yes, by the following ADR process:  Early Neutral Evaluation _____   Mediation _____

    Arbitration _____   Summary Jury Trial _____   Summary Bench Trial _____

    If no or decision delayed: The parties are advised that, if at any time the parties would like to participate in mediation proceedings before a Magistrate Judge, they are directed to file a Joint Request for Referral to Mediation.

3. The parties **do not** consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) at this time.

4. **The pleadings shall be amended without leave of Court and new parties shall be joined on or before July 11, 2025.**

5. The parties **have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1).**

6. As to Electronically Stored Information, the parties (indicate one):

\_\_\_\_\_ agree that there will be no discovery of electronically-stored information; or

\_\_\_\_\_ have agreed to a method for conducting discovery of electronically-stored information; or

\_\_\_X\_\_ have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to Northern District of Ohio Local Rules).

7. **Non-expert discovery shall be completed by November 7, 2025.** Discovery shall be conducted according to the guidelines set forth in Local Rule 16.2 for cases assigned to this track. The Court directs the parties to comply with Local Rule 37.1 and this Court's Discovery Dispute Order (attached hereto as Exhibit 1) before filing any motions seeking aid from the Court in discovery matters.

8. The parties do not anticipate the need for experts in this matter.

9. **Dispositive Motions shall be filed on or before February 6, 2026.** Responses to dispositive motions must be filed within thirty (30) days of the service of the dispositive motion. Replies must be filed within fourteen (14) days of the service of the response. (*See* Local Rule 7.1.) No sur-reply brief may be filed without leave of Court. No request for an extension of time will be entertained unless it is filed prior to the response date from which extension is sought and it indicates whether opposing counsel consents or objects to the requested extension.

10. A **telephonic status conference with lead counsel is set for November 20, 2025 at 2:30 p.m.** Counsel shall confer within five (5) business days of the scheduled conference to discuss outstanding issues and respective positions as to settlement. Counsel shall provide to the Court within

three (3) business days of the conference, a joint Status Report or confidential individual Status Reports describing the status of discovery, settlement positions, and issues to be addressed. The Status Reports need not be filed, but may be delivered via email to Barker_Chambers@ohnd.uscourts.gov.

**IT IS SO ORDERED**.

Date: July 1, 2025

*s/ Pamela A. Barker*
PAMELA A. BARKER
U. S. DISTRICT JUDGE