IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (YOUNGSTOWN)

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | : | CASE NO. 4:25-cv-00590-PAB |
| Plaintiff, | : | (Judge Pamela A. Barker) |
| v. | : | |
| MICHAEL P. CICCONE, in his official capacity as Clerk of the Mahoning County Court of Common Pleas, | : | **JOINT MOTION TO MODIFY THE CASE MANAGEMENT CONFERENCE ORDER** |
| | : | |
| Defendant. | : | |

_____

Pursuant to Fed. R. Civ. P. 16(b)(4), Plaintiff Courthouse News Service and Defendant Michael P. Ciccone (collectively, the "Parties") jointly move to modify the Court's July 1, 2025 Case Management Conference Order ("CMCO") (Doc. No. 11) to extend the deadline to complete non-expert discovery.  The current deadline to complete non-expert discovery is November 7, 2025.  Doc. No. 11, PageID# 111.  The Parties request that the Court extend this deadline to December 12, 2025.

Good cause exists to amend the Scheduling Order and extend deadlines in this case.  The proposed modification of the CMCO will not cause any undue delay or prejudice, nor will it affect any other case deadlines.  The five-week extension of the deadline to complete non-expert discovery will allow the Parties time to adequately conduct and complete discovery.  A proposed Order granting this Motion is attached as Exhibit 1.

Respectfully submitted,

| | |
|---|---|
| /s/ Griffin R. Reyelts | /s/ Amily A. Imbrogno (per 10/23/2025 email authorization) |
| John C. Greiner (0005551) | David M. Smith (0079400) |
| Griffin R. Reyelts (0102240) | Amily A. Imbrogno (0092434) |
| FARUKI PLL | Jonathan W. Sauline (0090822) |
| 201 East Fifth Street, Suite 1420 | MEYERS, ROMAN, FRIEDBERG & LEWIS |
| Cincinnati, OH 45202 | 28601 Chagrin Blvd., Suite 600 |
| Telephone: (513) 632-0315 | Cleveland, OH 44122 |
| Fax: (513) 632-0319 | Telephone: (216) 831-0042 |
| Email: jgreiner@ficlaw.com | Fax: (216) 831-0542 |
|       greyelts@ficlaw.com | Email: dsmith@meyersroman.com |
| |       aimbrogno@meyersroman.com |
| *Counsel for Plaintiff Courthouse News Service* |       jsauline@meyersroman.com |
| | *Counsel for Defendant Michael P. Ciccone* |

**MEMORANDUM IN SUPPORT OF**
**JOINT MOTION TO MODIFY THE CASE MANAGEMENT CONFERENCE ORDER**

Pursuant to Fed. R. Civ. P. 16(b)(4), Plaintiff Courthouse News Service and Defendant Michael P. Ciccone (collectively, the "Parties") jointly move to modify the Court's July 1, 2025 Case Management Conference Order ("CMCO") (Doc. No. 11) to extend the deadline to complete non-expert discovery. The current deadline to complete non-expert discovery is November 7, 2025. Doc. No. 11, PageID# 111. The Parties request that the Court extend this deadline to December 12, 2025. Modification of the CMCO for non-expert discovery is necessary to permit further development of the facts that will enhance the efficiency of resolving this matter.

Fed. R. Civ. P. 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent." "In determining whether good cause exists to modify a scheduling order, a court should consider 'the diligence of the party seeking the extension'[.]" Pandora Distrib., LLC v. Ottawa OH, LLC, No. 3:12-cv-02858, 2015 U.S. Dist. LEXIS 26495, at *4 (N.D. Ohio Mar. 4, 2015) (quoting Leary v. Daeschner, 349 F.3d 888, 906 (6th Cir. 2003)). "A party demonstrates sufficient good cause to alter the discovery deadlines established by the Court when it shows that, despite its diligence, the established deadline could not be met." Grand v. City of Univ. Heights, No. 1:22-cv-01594, 2023 U.S. Dist. LEXIS 206023, at *3 (N.D. Ohio Nov. 17, 2023) (citing Smith v. Holston Med. Grp., P.C., 595 F. App'x 474, 478 (6th Cir. 2014)).

Here, the Parties jointly request that the Court modify the deadline to complete non-expert discovery established in the CMCO by five weeks. Good cause exists for the

requested extension.  The five-week extension of the deadline will allow the Parties time to adequately conduct and complete discovery.

Granting the Parties' proposed modification would not result in undue delay and would help the case progress without the need for the Court's intervention at this time. Additionally, because the Parties agree to this modification of the CMCO, granting this Joint Motion would not prejudice any party.

For the foregoing reasons, the parties respectfully request that the Court find that good cause exists and grant this Joint Motion to modify the CMCO.  Accordingly, the Parties respectfully request that the CMCO be amended as follows:

| Matter | OLD Deadline | NEW Deadline |
| --- | --- | --- |
| Completion of Non-Expert Discovery | November 7, 2025 | December 12, 2025 |

Respectfully submitted,

/s/ Griffin R. Reyelts
John C. Greiner (0005551)
Griffin R. Reyelts (0102240)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0315
Fax:  (513) 632-0319
Email:  jgreiner@ficlaw.com
          greyelts@ficlaw.com

*Counsel for Plaintiff Courthouse News Service*

/s/ Amily A. Imbrogno (per 10/23/2025 email authorization)
David M. Smith (0079400)
Amily A. Imbrogno (0092434)
Jonathan W. Sauline (0090822)
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Blvd., Suite 600
Cleveland, OH  44122
Telephone:  (216) 831-0042
Fax:  (216) 831-0542
Email: dsmith@meyersroman.com
          aimbrogno@meyersroman.com
          jsauline@meyersroman.com

*Counsel for Defendant Michael P. Ciccone*

## CERTIFICATE OF SERVICE

    I certify that on the 23rd day of October, 2025, I electronically filed the foregoing Joint Motion to Modify the Case Schedule with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

 David M. Smith, Esq.
 Amily A. Imbrogno, Esq.
 Jonathan W. Sauline, Esq.
 MEYERS, ROMAN, FRIEDBERG & LEWIS
 28601 Chagrin Blvd., Suite 600
 Cleveland, OH 44122
 dsmith@meyersroman.com
 aimbrogno@meyersroman.com
 jsauline@meyersroman.com

 *Counsel for Defendant Michael P. Ciccone*

                /s/ Griffin R. Reyelts
                Griffin R. Reyelts

4905-4931-3652.1