IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (YOUNGSTOWN)

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | : | CASE NO. 4:25-cv-00590-PAB |
| Plaintiff, | : | (Judge Pamela A. Barker) |
| v. | : | |
| MICHAEL P. CICCONE, in his official capacity as Clerk of the Mahoning County Court of Common Pleas, | : | **JOINT MOTION TO MODIFY THE CASE MANAGEMENT CONFERENCE ORDER** |
| | : | |
| Defendant. | : | |

_____

Pursuant to Fed. R. Civ. P. 16(b)(4), Plaintiff Courthouse News Service and Defendant Michael P. Ciccone (collectively, the "Parties") jointly move to modify the Court's July 1, 2025 Case Management Conference Order ("CMCO") (Doc. No. 11) to extend the deadline to file dispositive motions. The current deadline to file dispositive motions is February 6, 2026. Doc. No. 11, PageID# 111. The Parties request that the Court extend this deadline to April 10, 2026.

Good cause exists to amend the CMCO and extend deadlines in this case. The proposed modification of the CMCO will allow the Parties to continue to engage in good faith settlement discussions while preserving this Court's and the Parties' time and resources. Neither the Court nor the Parties will be prejudiced by allowing this extension.

A Proposed Order granting this Motion is attached as Exhibit 1.

Respectfully submitted,

| | |
|---|---|
| /s/ Griffin R. Reyelts | /s/ Jonathan W. Sauline (per 2/5/26 email authorization) |
| John C. Greiner (0005551) | David M. Smith (0079400) |
| Griffin R. Reyelts (0102240) | Amily A. Imbrogno (0092434) |
| FARUKI PLL | Jonathan W. Sauline (0090822) |
| 201 East Fifth Street, Suite 1420 | MEYERS, ROMAN, FRIEDBERG & LEWIS |
| Cincinnati, OH  45202 | 28601 Chagrin Blvd., Suite 600 |
| Telephone:  (513) 632-0315 | Cleveland, OH  44122 |
| Fax:  (513) 632-0319 | Telephone:  (216) 831-0042 |
| Email:  jgreiner@ficlaw.com | Fax:  (216) 831-0542 |
|         greyelts@ficlaw.com | Email:  dsmith@meyersroman.com |
| | aimbrogno@meyersroman.com |
| *Counsel for Plaintiff Courthouse News Service* | jsauline@meyersroman.com |
| | *Counsel for Defendant Michael P. Ciccone* |

2

### MEMORANDUM IN SUPPORT OF JOINT MOTION TO MODIFY THE CASE MANAGEMENT CONFERENCE ORDER

Pursuant to Fed. R. Civ. P. 16(b)(4), Plaintiff Courthouse News Service and Defendant Michael P. Ciccone (collectively, the "Parties") jointly move to modify the Court's July 1, 2025 Case Management Conference Order ("CMCO") (Doc. No. 11) to extend the deadline to file dispositive motions.  The current deadline to file dispositive motions is February 6, 2026.  Doc. No. 11, PageID# 111.  The Parties request that the Court extend this deadline to April 10, 2026.

Fed. R. Civ. P. 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent."  "In determining whether good cause exists to modify a scheduling order, a court should consider 'the diligence of the party seeking the extension'[.]" Pandora Distrib., LLC v. Ottawa OH, LLC, No. 3:12-cv-02858, 2015 U.S. Dist. LEXIS 26495, at *4 (N.D. Ohio Mar. 4, 2015) (quoting Leary v. Daeschner, 349 F.3d 888, 906 (6th Cir. 2003)). "A party demonstrates sufficient good cause to alter the discovery deadlines established by the Court when it shows that, despite its diligence, the established deadline could not be met." Grand v. City of Univ. Heights, No. 1:22-cv-01594, 2023 U.S. Dist. LEXIS 206023, at *3 (N.D. Ohio Nov. 17, 2023) (citing Smith v. Holston Med. Grp., P.C., 595 F. App'x 474, 478 (6th Cir. 2014)).  Further, the CMCO states, "[n]o request for an extension of time [to file dispositive motions] will be entertained unless it is filed prior to the response date from which extension is sought and it indicates whether opposing counsel consents or objects to the requested extension."  Doc. No. 11, PageID# 111.

Here, the Parties jointly request that the Court modify the deadline to file dispositive motions established in the CMCO. The current deadline to file dispositive motions is February 6, 2026. Doc. No. 11, PageID# 111. Therefore, this Motion is timely.

Good cause exists for the requested extension. The proposed modification of the CMCO will allow the Parties to continue to engage in good faith settlement discussions. Granting the Parties' proposed modification would not result in undue delay and would help the case progress without the need for the Court's intervention at this time. Additionally, because the Parties agree to this modification of the CMCO, granting this Joint Motion would not prejudice any party.

For the foregoing reasons, the Parties respectfully request that the Court find that good cause exists and grant this Joint Motion to modify the CMCO. Accordingly, the Parties respectfully request that the CMCO be amended as follows:

| Matter | OLD Deadline | NEW Deadline |
|---|---|---|
| Filing of Dispositive Motions | February 6, 2026 | April 10, 2026 |

Respectfully submitted,

| | |
|---|---|
| /s/ Griffin R. Reyelts | /s/ Jonathan W. Sauline (per 2/5/26 email authorization) |
| John C. Greiner (0005551) | David M. Smith (0079400) |
| Griffin R. Reyelts (0102240) | Amily A. Imbrogno (0092434) |
| FARUKI PLL | Jonathan W. Sauline (0090822) |
| 201 East Fifth Street, Suite 1420 | MEYERS, ROMAN, FRIEDBERG & LEWIS |
| Cincinnati, OH 45202 | 28601 Chagrin Blvd., Suite 600 |
| Telephone: (513) 632-0315 | Cleveland, OH 44122 |
| Fax: (513) 632-0319 | Telephone: (216) 831-0042 |
| Email: jgreiner@ficlaw.com | Fax: (216) 831-0542 |
| greyelts@ficlaw.com | Email: dsmith@meyersroman.com |
| | aimbrogno@meyersroman.com |
| *Counsel for Plaintiff Courthouse News Service* | jsauline@meyersroman.com |
| | *Counsel for Defendant Michael P. Ciccone* |

4

**CERTIFICATE OF SERVICE**

I certify that on the 6th day of February, 2026, I electronically filed the foregoing Joint Motion to Modify the Case Management Conference Order with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

David M. Smith, Esq.
Amily A. Imbrogno, Esq.
Jonathan W. Sauline, Esq.
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122
dsmith@meyersroman.com
aimbrogno@meyersroman.com
jsauline@meyersroman.com

*Counsel for Defendant Michael P. Ciccone*

/s/ Griffin R. Reyelts
Griffin R. Reyelts

4937-9108-4940.1