IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (YOUNGSTOWN)

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | : | CASE NO. 4:25-cv-00590-PAB |
| Plaintiff, | : | (Judge Pamela A. Barker) |
| v. | : | |
| MICHAEL P. CICCONE, in his official capacity as Clerk of the Mahoning County Court of Common Pleas, | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | : | |
| Defendant. | : | |

_____

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Courthouse News Service and

Defendant Michael P. Ciccone, in his official capacity as Clerk of the Mahoning County Court of

Common Pleas, by and through counsel, stipulate to the dismissal of this case with prejudice.

Each party shall bear its own attorneys' fees and costs.


STIPULATED AND AGREED:


/s/ Griffin R. Reyelts
John C. Greiner (0005551)
Griffin R. Reyelts (0102240)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0315
Fax:  (513) 632-0319
Email:  jgreiner@ficlaw.com
        greyelts@ficlaw.com

*Counsel for Plaintiff Courthouse News Service*

/s/ Amily A. Imbrogno (per 4/17/26 email authorization)
David M. Smith (0079400)
Amily A. Imbrogno (0092434)
Jonathan W. Sauline (0090822)
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Blvd., Suite 600
Cleveland, OH  44122
Telephone:  (216) 831-0042
Fax:  (216) 831-0542
Email: dsmith@meyersroman.com
        aimbrogno@meyersroman.com
        jsauline@meyersroman.com

*Counsel for Defendant Michael P. Ciccone*

## CERTIFICATE OF SERVICE

I certify that on the 17th day of April, 2026, I electronically filed the foregoing

Stipulation of Dismissal with Prejudice with the Clerk of Courts using the CM/ECF system,

which will send notification of such filing to CM/ECF participants:

David M. Smith, Esq.
Amily A. Imbrogno, Esq.
Jonathan W. Sauline, Esq.
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122
dsmith@meyersroman.com
aimbrogno@meyersroman.com
jsauline@meyersroman.com

*Counsel for Defendant Michael P. Ciccone*

/s/ Griffin R. Reyelts
Griffin R. Reyelts

4915-9211-6641.1

2